IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **C&R TRANSPORT SERVICES, LLC,** *et al.* | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 4:23-cv-00536-O-BP |
| **RITCHIE BROS. AUCTIONEERS (AMERICA) INC.,** *et al.* | § § § § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the motion to remand (ECF No. 6) is **GRANTED**, and the case is **REMANDED** to the 67th Judicial District Court of Tarrant County, Texas.

It is further **ORDERED** that all other pending motions (ECF Nos. 7, 11) are **DENIED as MOOT**.

**SO ORDERED** this **27th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE